**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00964-CR

**DONALD HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-59024-J**

## ORDER

The Court **GRANTS** court reporter Kelly Bryant's October 4, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Bryant to file the reporter's record by **NOVEMBER 1, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission to court reporter Kelly Bryant, kellycsrtx@gmail.com, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE